```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/25
```

## MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMON ISAKOV, on behalf of himself and all others similarly situated,

      Plaintiffs,

v.

Fjallraven USA, LLC,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case no. 1:25-cv-714-GHW

STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: March 17, 2025

_____
Asher Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
T: (718) 914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*

_____
Patrick J. Bernal
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
T: (303) 473-2700
E: pjbernal@hollandhart.com
*Attorney for Defendant*

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: March 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge